## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 07-4074 |
| | ) |
| THOMAS RUSK, | ) |
| | ) |
| Defendant. | ) |

### C O M P L A I N T

1. Plaintiff is the United States. Jurisdiction is based on 28 U.S.C. §1345.

2. Defendant THOMAS RUSK resides in, Geneseo, IL 61201, which is in the Central District of Illinois.

3. Defendant is indebted to Plaintiff in the amount of $16,172.78 (comprising of $7,368.26 principal, $8,454.52 agency accumulated interest, $350.00 court costs), together with additional interest at the rate of 9.00 % from September 12, 2007, until the date of Judgment (i.e., $1.82 per day). (See Exhibit A, attached.)

4. Due demand has been made upon Defendant; Defendant has failed, neglected and refused, and continues to fail, neglect and refuse to reimburse Plaintiff.

**WHEREFORE**, Plaintiff prays for Judgment against said Defendant in the above amount, plus interest from the date of Judgment at the legal rate until paid in full, and other proper relief.

**DATED**: November 13, 2007

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

By:

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Elizabeth L. Collins, Bar No. 487864
Attorneys for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450   Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov
E-mail: Beth.Collins@usdoj.gov

JS 44
(Rev. 07/89)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I (a) PLAINTIFFS**

United States of America

**DEFENDANTS**

THOMAS RUSK

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES) Sangamon

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

Henry County

**(c) ATTORNEYS**
U.S. Attorneys Office
James A. Lewis
318 S. 6th Street
Springfield, Illinois 62701
(2167)492-4450/FAX (217)492-4888

**ATTORNEYS (IF KNOWN)**

### II. BASIS OF JURISDICTION

- ■ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another Place | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CAUSE OF ACTION

Title Iv, Part B, Higher Education Act of 1965, as amended C.F.R., Title 45, Part 177, Subpart E- Recovery of Education loan insured by the U.S. Department of Education.
Title 28 U.S.C. § 1345

### V. NATURE OF SUIT

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Person Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 RR & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | **PROPERTY RIGHTS** | ☐ 470 RICO |
| ■ 152 Recovery of Defaulted Student Loans (excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL INJURY** | ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | | ☐ 892 Economic Stabilization Act |
| | | | ☐ 720 Labor/Mgmt Relations | **SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | | ☐ 894 Energy Allocation Act |
| | | | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 900 Appeal Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 442 Employment | | | ☐ 865 RSI (405(g)) | |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | ☐ 535 Death Penalty | | **FEDERAL TAX SUITS** | |
| | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | ☐ 871 IRS - Third Party 26 USC 7609 | |

### VI. ORIGIN

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ $16,172.78

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  NO X

### VIII. RELATED CASES IF ANY

Judge _____    Docket Number _____

DATE: November 13, 2007

SIGNATURE OF ATTORNEY OF RECORD: s/James A. Lewis

UNITED STATES DISTRICT COURT

AUSA James A. Lewis By: AUSA Elizabeth L. Collins

E-FILED
Wednesday, 14 November, 2007 03:41:46 PM
Clerk, U.S. District Court, ILCD

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Thomas E. Rusk
AKA Tom Rusk

Geneseo, IL. 61254-1627
Account No. 340661817

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 09/11/07.

On or about 08/19/87 and 10/08/88, the borrower executed promissory note(s) to secure loan(s) of $2,600.00 and $2,600.00 from State Bank of Orion, Orion, IL. at 9.00 percent interest per annum. This loan obligation was guaranteed by Illinois Student Assistance Commission, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 05/26/91, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $7,368.26 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 03/28/96, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $365.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 7,368.26 |
| Interest: | $ 8,454.52 |
| Total debt as of 09/11/07: | $15,822.78 |

Interest accrues on the principal shown here at the rate of $1.82 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: /0/17/07

Alberto Francisco
Senior Loan Analyst
Litigation Support

**EXHIBIT A**