# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

**ROCK ISLAND DIVISION**

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

v.

THOMAS RUSK

**CASE NUMBER:** 07-4074

TO:   Thomas Rusk
115 W. South St.
Genesco, IL 61254-1627

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

James A. Lewis
Assistant United States Attorney
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters                                       12/14/2007
CLERK                                                         DATE

s/Tina Peeples
BY DEPUTY CLERK