**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-4074 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| THOMAS RUSK | SUMMONS & COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THOMAS RUSK

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
115 W. South St.
Genesco, IL 61254-1627

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
Financial Litigation Unit/MAB
318 S. 6th Street
Springfield, IL 62701

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
DEBT COLLECTION CASE

(See attached for further info)

If you have any questions please call Mary Ann Blair at 217-492-4450

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
AUSA James A. Lewis
TELEPHONE NUMBER: 217-492-4450
DATE: 12/10/07

FILED
FEB 25 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.: 26
District to Serve No.: RI
Signature of Authorized USMS Deputy or Clerk
Date: 12-20-7

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 02-14-08   Time: 2:15 pm
Signature of U.S. Marshal or Deputy: Wiegand

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $87.30 | 0 | $132.30 | 0 | $132.30 | 0 |

REMARKS: 01-08-08 = No response at residence 0900AM  Comi RT JW
01-28-08 = "   "   "   "   0830AM  Go Hi RT JW

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

ROCK ISLAND DIVISION

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

v.

THOMAS RUSK

CASE NUMBER: 07-4074

TO: Thomas Rusk
115 W. South St.
Genesco, IL 61254-1627

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

James A. Lewis
Assistant United States Attorney
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters                                    12/14/2007
CLERK                                               DATE

s/Tina Peeples
BY DEPUTY CLERK