**E-FILED**
Thursday, 20 March, 2008  08:24:11 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-4074 |
| | ) |
| THOMAS RUSK, | ) |
| | ) |
| Defendant. | ) |

### REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff United States requests, pursuant to Rule 55(a), Fed. R. Civ. P., that this Court enter default against the defendant, THOMAS RUSK, on grounds that:

1.  The United States has filed a Complaint seeking affirmative relief against the defendant, THOMAS RUSK;

2.  The defendant was regularly served with the Complaint and Summons; and

3.  The defendant has failed to plead or otherwise defend, and the time to plead or otherwise defend has expired.

**WHEREFORE**, The United States of America respectfully requests that this Court enter default against the defendant, THOMAS RUSK, in this action.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

March 20, 2008

s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing **REQUEST  FOR ENTRY OF DEFAULT**

**and DEFAULT JUDGMENT**  has this March 20, 2008, been made upon the following individual(s)

by depositing a copy thereof in the United States mail, postage prepaid, addressed to:


Thomas Rusk
115 W. South St.
Geneseo, IL 61254-1627



                        s/ James A. Lewis

By:    James A. Lewis, NC Bar No. 5470
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-mail: Jim.Lewis2@usdoj.gov

**THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-4074 |
| | ) |
| THOMAS RUSK, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

This cause is before the Court on Plaintiff's Motion for Default Judgment.

The Court has reviewed the file and concurs that Plaintiff duly filed and served its Complaint upon Defendant THOMAS RUSK, and that Defendant has failed to answer or otherwise plead within the statutory time frame. Accordingly, upon Plaintiff's Motion, the Court finds that Plaintiff is entitled to a Default Judgment against Defendant.

**THEREFORE**, Plaintiff's Motion for Entry of Default Judgment is **ALLOWED**. Plaintiff is hereby awarded a Default Judgment against Defendant as follows:

Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $16,305.08 ($7,368.26 principal, $8,454.52 agency accumulated interest, $132.30 marshal's costs, plus $350.00 court costs), together with additional interest at the rate of 9.00% from September 12, 2007, until the date of this Judgment (i.e., $1.82 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

ENTERED this _____day of March, 2008.

**FOR THE COURT**:

_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE