IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-4074 |
| | ) |
| THOMAS RUSK, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT FOR DEFAULT AND JUDGMENT**

State of Illinois    )
County of Sangamon  )

James A. Lewis, being first duly sworn, deposes and says that:

1. I am an Assistant United States Attorney for the Central District of Illinois, and represent the Plaintiff in the above-entitled and numbered action;

2. That on , the Defendant was duly served with a copy of the Summons and Complaint in this action within the Central District of Illinois;

3. The Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and therefore is now in default;

4. To my best information and belief, based on appropriate inquiry, including access to the Defense Manpower Data Center website, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended;

5. The claim of the Plaintiff is for a sum certain for the recovery of a U.S. Department of Education Student Loan Default; and

6. The amount due is $16,305.08 ($7,368.26 principal, $8,454.52 agency accumulated interest, $132.30 marshal's costs, plus $350.00 court cost), together with additional interest at the rate of 9.00% from September 12, 2007, until the date of this Judgment (i.e., $1.82 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

This Affidavit is made in compliance with Rule 55 (a) and (b), Fed. R. Civ. P., for the purpose of requesting the Court to enter Default and Judgment against the Defendant in the amount set forth above.

March 19, 2008

                s/ James A. Lewis
By:  James A. Lewis, NC Bar No. 5470
      Attorney for the Plaintiff
      United States Attorney's Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Tel: 217-492-4450
      Fax: 217-492-4888
      E-mail: Jim.Lewis2@usdoj.gov

Pursuant to Title 28, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 19, 2008        s/ James A. Lewis
                                   James A. Lewis, Assistant U.S. Attorney