E-FILED
Tuesday, 25 March, 2008 01:51:17 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 2 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 07-4074 ) |
| THOMAS RUSK, | ) ) ) |
| Defendant. | ) |

## ORDER

This cause is before the Court on Plaintiff's Motion for Default Judgment.

The Court has reviewed the file and concurs that Plaintiff duly filed and served its Complaint upon Defendant THOMAS RUSK, and that Defendant has failed to answer or otherwise plead within the statutory time frame. Accordingly, upon Plaintiff's Motion, the Court finds that Plaintiff is entitled to a Default Judgment against Defendant.

**THEREFORE**, Plaintiff's Motion for Entry of Default Judgment is **ALLOWED**. Plaintiff is hereby awarded a Default Judgment against Defendant as follows:

Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $16,305.08 ($7,368.26 principal, $8,454.52 agency accumulated interest, $132.30 marshal's costs, plus $350.00 court costs), together with additional interest at the rate of 9.00% from September 12, 2007, until the date of this Judgment (i.e., $1.82 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

ENTERED this 24th day of March, 2008.

**FOR THE COURT**:

S/Joe B. McDade
_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE