# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**United States of America**

vs.

Case Number: **07-4074**

**Thomas Rusk**

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the plaintiff and against the defendant in the amount of $16,305.08, together with additional interest at the rate of 9.00% from Sept. 12, 2007 until the date of this Judgment, and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 USC 1961(a) and shall be computed daily and compounded annually until paid in full.

ENTER this 25th day of March, 2008

PAMELA E. ROBINSON, CLERK

S/Denise Koester
BY: DEPUTY CLERK