*USDC - Copy* **E-FILED**
Wednesday, 02 July, 2008 04:15:46 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND  DIVISION**

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      CASE NO. 07-4074
                                     )
THOMAS RUSK,                         )
                                     )
            Defendant.               )

## CITATION TO DISCOVER ASSETS

To:   **Thomas Rusk**
      **115 W. South Street**
      **Genesco, Il 61254**

**YOU ARE COMMANDED** to appear before MAGISTRATE JUDGE  JOHN A. GORMAN, 211 19th St., Magistrates Courtroom, Rock Island, Il 61201, on **August 20, 2008 at 1:00 p.m.** to be examined under oath to discover Assets or income not exempt from the enforcement of the judgment.

A Judgment against THOMAS RUSK was entered on March 25, 2008, for $16,305.08, including interest and costs, remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination:

**SEE ATTACHED** Demand for Documents and all books, papers or records in your possession or control that may contain information concerning the property or income of or indebtedness due judgment debtor.

**YOU ARE  PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings.  You are not required to withhold the payment of any money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

Dated at Rock Island, Illinois, this ___1st___ day of July, 2008.

S/Pamela E. Robinson/dk
_____
PAMELA E. ROBINSON
Clerk, U.S. District Court



- 2 -

## CERTIFICATE OF ATTORNEY

I, James A. Lewis, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $16,305.08 on March 25, 2008 in case # 07-4074, in the United States District Court, Central District of Illinois, Rock Island Division.

2. The balance owing on the judgment as of June 27, 2008, is $16,715.03.

3. A copy of the Citation Notice is attached.

DATE: June 27, 2008

James A. Lewis
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Tel: 217-492-4450


## TO BE SERVED NOT LESS THAN FIVE DAYS
## BEFORE DATE DEFENDANT IS TO APPEAR

**Questions should be referred to Assistant United States Attorney James A. Lewis, or Mary Ann Blair, Paralegal Specialist, at the following address and telephone:**

**318 S. 6th Street**
**Springfield, Illinois 62701**
**217/492-4450**


## THE ATTACHED FINANCIAL STATEMENT IS TO BE
## COMPLETED _PRIOR_ TO YOUR COURT HEARING

# LIST OF ITEMS TO BRING TO JUDGMENT DEBTOR EXAMINATION

1. **The attached Financial Statement is to be completed prior to court appearance.**

2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you own any interest.

3. Current bank statements for the past 12 months from all banks or other financial institution, where any sole proprietorship, partnership or corporation in which you own any interest, has an account of any kind.

4. Current bank statements for the past 12 months from all banks, or other institutions, where you have an account of any kind.

5. All deeds, leases, contract, and other documents representing any ownership interest you, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6. Titles to all motor vehicles owned by you.

7. All life insurance policies in which you are either the insured or beneficiary.

8. All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale, or otherwise within the last five years.

9. A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc. Include the amount paid, the payee, and if an installment debt, the amount of debt owing and any security pledge.

10. All records pertaining to your assets and finances.

11. Copies of income tax returns for the past three years.

12. Any records showing payments for child support. (Documentation from court or canceled checks)

13. Any records showing payments for rent.



U.S. Department of Justice    **BRING COMPLETED: AUGUST 20, 2008**
Financial Statement of Debtor
*(Submitted for Government Action on
Claims Due the United States)*
**NOTE:** Use additional sheets where space on this form
is insufficient or continue on back of last page.

### FINANCIAL STATEMENT OF DEBTOR

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

---

| | |
|---|---|
| **Section 1**<br>Personal<br>Information | 1. Full Name(s) _____<br>_____<br>Street Address _____<br>City_____ State____ Zip_____<br>County of Residence_____<br>How long at this residence? _____ |

1a. Home Telephone: (___) _____
   Best Time to Call ____a.m. ____p.m.
1b. Cellular Number: (___) _____
2. Marital Status:
   ☐Married      ☐Separated
   ☐Unmarried (single, divorced, widowed)

3. Your Social Security No. (SSN) _____     3a. Your Date of Birth (mm/dd/yy)_____
4. Spouse's Social Security No. _____     4a. Spouse's Date of Birth (mm/dd/yy)_____

5. ☐ Own Home  ☐Rent  ☐Other (specify, i.e. share rent, live with relative)_____

6. List the dependants you can claim on your tax return: (Attach sheet if more space is needed)

| First Name | Relationship | Age | Does this person live with you? | First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|---|---|---|---|
| _____ | | | ☐No   ☐Yes | _____ | | | ☐No   ☐Yes |
| _____ | | | ☐No   ☐Yes | _____ | | | ☐No   ☐Yes |

---

**Section 2**
Your
Business
Information

7. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)
   ☐ No   ☐ Yes   If yes, provide the following information:
7a. Name of Business _____     7c. Employer Identification No:_____
7b. Street Address _____     7d. Do you have employees?   ☐ No   ☐ Yes
City_____ State____ Zip____     7e. Do you have accounts receivable? ☐ No  ☐ Yes
   If yes, please complete section 8 on page 5.

☞ **ATTACHMENTS REQUIRED**: Please provide proof of self-employment income for the **prior 3 months**
(e.g. invoices, commissions, sales records, income statement).

---

**Section 3**
Employment
Information

8. Your employer_____     9. Spouse's Employer_____
Street Address _____     Street Address _____
City_____ State____ Zip____     City_____ State____ Zip____
Work telephone no. (___)_____     Work telephone no. (___)_____
May we contact you at work? ☐ No   ☐ Yes     May we contact you at work? ☐ No   ☐ Yes
8a. How long with this employer? _____     9a. How long with this employer?_____
8b. Occupation_____     9b. Occupation_____

☞ **ATTACHMENTS REQUIRED**: Please provide proof of gross earnings and deductions **for the past 3 months from each employer** (e.g. pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

Name_____    SSN_____    Page 2

---

**Section 4**
**Other**
**Income**
**Information**

10. Do you receive income from sources other than your own business or your employer? (Check all that apply.)

☐ Pension      ☐ Social Security      ☐ Other (specify, e.g. child support, alimony, rental)_____

☞ **ATTACHMENTS REQUIRED:** Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions. If year-to-date information is available, send only 1 statement as long as **3 months** is represented.

---

**Section 5**
**Banking,**
**Investment,**
**Cash, Credit**
**and Life**
**Insurance Information**

11. **CHECKING ACCOUNTS.** List all checking accounts. (If you need additional space, attach a separate sheet.)

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 11a. | Checking | Name_____<br>Address_____<br>City/State/Zip_____ | _____ | $_____ |
| 11b. | Checking | Name_____<br>Address_____<br>City/State/Zip_____ | _____ | $_____ |
| 11c. | | Total Checking Accounts Balances | | $_____ |

12. **OTHER ACCOUNTS.** List all accounts, including brokerage, savings and money market, not listed in 11.

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 12a. | _____ | Name_____<br>Address_____<br>City/State/Zip_____ | _____ | $_____ |
| 12b. | _____ | Name_____<br>Address_____<br>City/State/Zip_____ | _____ | $_____ |
| 12c. | | Total Other Account Balances | | $_____ |

☞ **ATTACHMENTS REQUIRED:** Please include your current bank statements (checking, savings, money market and brokerage accounts) for the past **3 months** for all accounts.

---

13. **INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits and retirement assets such as IRAs, Keogh and 401(k) plans.

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount (if any) | Used as collateral on loan? | |
|---|---|---|---|---|---|---|
| 13a. | _____<br>Address:_____ | _____ | $_____ | $_____ | ☐ No | ☐ Yes |
| 13b. | _____<br>Address:_____ | _____ | $_____ | $_____ | ☐ No | ☐ Yes |
| 13c. | _____<br>Address: _____ | _____ | $_____ | $_____ | ☐ No | ☐ Yes |

13d. **Total Investments**   $_____

---

14. **CASH ON HAND.** Include any money that you have that is not in the bank.

14a. Total Cash on Hand  $_____

Name_____    SSN_____    Page 3

**Section 5**
continued

**15. AVAILABLE CREDIT.** List all lines of credit, including credit cards. ( If you need additional space, attach a separate sheet.)

|  | Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |
|---|---|---|---|---|
| 15a. | Name_____ | _____ | _____ | $_____ |
|  | Address_____ |  |  |  |
|  | City/State/Zip_____ |  |  |  |
| 15b. | Name_____ | _____ | _____ | $_____ |
|  | Address_____ |  |  |  |
|  | City/State/Zip_____ |  |  |  |

**15c. Total Minimum Payments**    $_____

**16. LIFE INSURANCE.** Do you have life insurance with a cash value?    ☐ No    ☐ Yes
(Term Life Insurance does not have a cash value.)
16a. Name of Insurance Company_____
16b. Policy Number(s)_____
16c. Owner of Policy_____
16d. Current Cash Value $_____    16e. Outstanding Loan Balance $_____

**Subtract "Outstanding Loan Balance: line 16e from "Current Cash Value" line 16d = 16f $_____**

☞ **ATTACHMENTS REQUIRED:** Please include a statement from the life insurance companies that includes type and cash/loan value amounts. If currently borrowed against, include loan amount and date of loan.

**Section 6**
Other

**17. OTHER INFORMATION.** Respond to the following questions related to your financial condition:
**(Attach a separate sheet if you need more space.)**Information
17a. Do you have a safe deposit box? ☐ No ☐ Yes
If yes, please include the name and address of location of box, the box number and the contents below:
_____
_____

17b. Do you have a will? ☐ No    ☐ Yes; if yes, where is it kept?_____
17c. Are there any garnishments against your wages? ☐ No    ☐ Yes
If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17d. Are there any judgments against you? ☐ No    ☐ Yes
If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17e. Are you a party to a lawsuit? ☐ No    ☐ Yes
If yes, amount of suit $_____ Possible completion date_____ Court_____
Subject matter of suit_____
17f. Did you ever file bankruptcy? ☐ No    ☐ Yes
If yes, date filed_____ Date discharged _____
17g. In the past 10 years did you transfer any assets out of your name for less than their actual value?
☐ No ☐ Yes
If yes, what asset?_____ Value of asset at time of transfer $_____
When was it transferred?_____ To whom was it transferred? _____
17h. Do you anticipate any increase in household income in the next 2 years? ☐ No    ☐ Yes
If yes, why will the income increase?_____ (Attach sheet if you need more space.)
How much will it increase? _____
17i. Are you a beneficiary of a trust or an estate? ☐ No    ☐ Yes
If yes, name of the trust or estate_____ Anticipated amount to be received $_____
When will the amount be received?_____
17j. Are you a participant in a profit sharing plan? ☐ No    ☐ Yes
If yes, name of plan_____ Value in plan $_____

Name_____     SSN_____     Page 4

---

## Section 7
Assets and
Liabilities

**18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

*Current
Value is
the amount
you could
sell the
asset for today

| | Description (year, make, model) | *Current Value | Current Loan Balance | Name of Lender | Purchase Date | Monthly Payment |
|---|---|---|---|---|---|---|
| 18a. | _____ | $_____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | | |
| | _____ | | | | | |
| 18b. | _____ | $_____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | | |
| | _____ | | | | | |

**LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| | Description (year, make, model) | Lease Balance | Name and Address of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|---|
| 18c. | _____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | |
| | _____ | | | | |
| 18d. | _____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | |
| | _____ | | | | |

☞ **ATTACHMENTS REQUIRED**: Please include your current statement from lender with monthly car payment and current balance of the loan for each vehicle purchased or leased.

---

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| Street Address, City State, Zip, County Lender/Lien Holder | Date Purchased | Purchase Price | *Current Value | Loan Balance | Monthly Pymt |
|---|---|---|---|---|---|
| 20a._____ | _____ | $_____ | $_____ | $_____ | $_____ |
| _____ | | | | | |
| _____ | | | | | |
| 20b._____ | _____ | $_____ | $_____ | $_____ | $_____ |
| _____ | | | | | |
| _____ | | | | | |

---

**21. PERSONAL ASSETS.** List all personal assets below.  (If you need additional space, attach a separate sheet.)
*Furniture/Personal effects* includes the total current market value of your household such as furniture and appliances
*Other Personal Assets* includes all artwork, jewelry, collections, antiques or other assets

| | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|---|---|---|---|---|---|---|
| 21a. | Furniture/Personal Effects | $_____ | $_____ | _____ | $_____ | _____ |
| | Other: (List below) | | | | | |
| 21b. | Artwork | $_____ | $_____ | _____ | $_____ | _____ |
| 21c. | Jewelry | $_____ | $_____ | _____ | $_____ | _____ |
| 21d. | _____ | $_____ | $_____ | _____ | $_____ | _____ |
| 21e. | _____ | $_____ | $_____ | _____ | $_____ | _____ |

Name_____    SSN_____    Page 5

---

**Section 7**
continued

**22. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (If you need additional space, attach a separate sheet.) *Tools used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes machinery, equipment, inventory or other assets.

|  | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|---|---|---|---|---|---|---|
| 22a. | Tools used in Trade/ Business | $_____ | $_____ | _____ | $_____ | _____ |
|  | Other: (List below) |  |  |  |  |  |
| 22b. | Machinery | $_____ | $_____ | _____ | $_____ | _____ |
| 22c. | Equipment | $_____ | $_____ | _____ | $_____ | _____ |
| 22d. | _____ | $_____ | $_____ | _____ | $_____ | _____ |
| 22e. | _____ | $_____ | $_____ | _____ | $_____ | _____ |

---

**Section 8**
Accounts/
Notes
Receivable

*Use only if needed*

**23. ACCOUNTS/NOTES RECEIVABLE.** List all accounts separately, including contracts awarded, but not started. (If you need additional space, attach a separate sheet.)

|  | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 23a. | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23b. | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23c. | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23d. | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23e. | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23f. | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |

Add "Amount Due" from lines 23a through 23f = 23g $_____

| Section 9 | **Total Income** | | | **Total Living Expenses** | |
|---|---|---|---|---|---|
| Monthly | **Source** | **Gross monthly** | | **Expense Items[1]** | **Actual Monthly** |
| Income and | 24. Wages (yourself) | $_____ | | 35. Rent/Mortgage | $_____ |
| Expense | 25. Wages (spouse) | _____ | | 36. Electric | _____ |
| Analysis | 26. Interest - Dividends | _____ | | 37. Natural Gas | _____ |
| | 27. Net Business Income | _____ | | 38. Cable TV | _____ |
| **If only one** | 28. Net Rental Income | _____ | | 39. Telephone | _____ |
| **spouse has** | 29. Pension/Social Security | _____ | | 40. Water | _____ |
| **a debt, but** | 30. Pension/Social Security | _____ | | 41. Food | _____ |
| **both have** | (Spouse) | | | 42. Car Payment | _____ |
| **income, list** | 31. Child Support | _____ | | 43. Gasoline | _____ |
| **the total** | 32. Alimony | _____ | | 44. Car Insurance | _____ |
| **household** | 33. Other | _____ | | 45. Cell Phone/Pager | _____ |
| **income and** | **34. Total Income** | $_____ | | 46. Other Utilities | _____ |
| **expenses.** | | | | 47. Clothing & Misc. | _____ |
| | | | | 48. Health Care | _____ |
| | | | | 49. Court Ordered Payments | _____ |
| | | | | 50. Child/Dependant Care | _____ |
| | | | | 51. Life Insurance | _____ |
| | | | | 52. Other secured debt | _____ |
| | | | | 53. Other expenses | _____ |
| | | | | 54. Education Expenses | _____ |
| | | | | **55. Total Living Expenses** | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please include;

- A copy of your last Form 1040 with all Schedules and attachments
- Proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.
- Proof of all non-business transportation expenses (e.g car payments, lease payments, fuel, oil, insurance, parking, registration)
- Proof of payments for health care, including health insurance premiums, co-payments and other out-of-pocket expenses
- Copies of any court order requiring payment and proof of such payments for the past 3 months

---

| **CERTIFICATION** |
|---|
| I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment. |

Signature                          Social Security No.                          Date

| **WARNING** |
|---|
| False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001. |

---

[1]Expenses generally not allowed: We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable donations, voluntary retirement contributions, payments on unsecured debts such as credit card bills and other similar expenses. However, we may allow these expenses, if you can prove that they are necessary for the health and welfare of you or your family.

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 07-4074 |
| | ) |
| THOMAS RUSK, | ) |
| Defendant. | ) |

### CITATION NOTICE TO DEFENDANT

Name of Case: UNITED STATES v. THOMAS RUSK
Name and Address of Court: As cited above at: U.S. District Court, 211 19th St., Magistrates Courtroom, Rock Island, Il 61201
Address of Judgment Debtor: 115 W. South St., Genesco, Il 61254-1627

Name and Address of Attorney for Judgment Creditor:   **James A. Lewis**
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Telephone: 217/492-4450

Name and Address of Person Receiving Citation:   **Thomas Rusk**
**115 W. South St.**
**Genesco, IL 61254-1627**

**Court Date and Time: August 20, 2008 at 1:00 P.M.**

Pursuant to Illinois Law, 735 Illinois Compiled Statutes, Section 5/2-1402(b), the following notice and summary of exemptions are provided to you:

**NOTICE:** The Court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. **The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:**

(1)   Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)   Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3)   Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4)   Under the federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)   Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.



- 2-

The judgment debtor may have other possible exemptions under the law.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH**. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 211 19th St., Rock Island, IL 61201. When so notified, the Clerk of the Court will obtain a prompt hearing date from the Court and the United States Attorney's Office will provide the forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

This notice may be sent by regular first class mail.