E-FILED
Monday, 21 July, 2008 10:01:28 AM
Clerk, U.S. District Court, ILCD

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07-4074 |
|---|---|
| DEFENDANT<br>THOMAS RUSK | TYPE OF PROCESS<br>CITATION TO DISCOVER ASSETS |

FILED
JUL 21 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THOMAS RUSK   309-94-
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
115 W. SOUTH ST., GENESCO, IL 61254

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office/MAB
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

DEBT COLLECTION CASE        TO BE SERVED NOT LESS THAN FIVE (5) DAYS
                            BEFORE DATE DEFENDANT IS TO APPEAR (8/20/2008)

Please call Mary-Ann Blair at 217-492-4450 when served and for question re service.

Signature of Attorney other Originator requesting service on behalf of:
s/James A. Lewis
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 217-492-4450
DATE: 6/27/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. RI | Signature of Authorized USMS Deputy or Clerk | Date 7-3-8 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 07-16-2008    Time: 0930    ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $40.00 | 70.20 | 0 | $110.20 | 0 | $110.20 $0.00 |

REMARKS: 07-15-08 = ATTEMPT MADE AT RESIDENCE & TAVERN.
07-16-08 = PERSONALLY SERVED @ LEGEND'S Sports Bar.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED




Form USM-285
Rev. 12/15/80
Automated 01/00