**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.  07-4074 |
| THOMAS RUSK, | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

NOW COMES Francis J. Coyle, Jr. of Coyle, Gilman, Stengel, Bailey & Robertson and enters his appearance in the above-entitled cause for Defendant, **THOMAS RUSK.**

By: /s/ Francis J. Coyle, Jr.
Francis J. Coyle, Jr., his attorney

COYLE, GILMAN, STENGEL, BAILEY & ROBERTSON
405 National City Bank Bldg.
100 Seventeenth Street
Rock Island, IL 61201
Phone:         (309) 788-0471
Facsimile:    (309) 788-0480
fcoylejr@aol.com

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

  I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

James A. Lewis
Assistant United States Attorney
Financial Litigation Unit
318 South 6th Street
Springfield, IL 62701

Francis J. Coyle, Jr.
COYLE, GILMAN, STENGEL, BAILEY & ROBERTSON
100 Seventeenth Street
Suite 405
Rock Island, IL 61201
Phone:  (309) 788-0471
Fax:  (309) 788-0480
fcoylejr@aol.com